170 A.3d 323

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. STEVEN VELEZ, DEFENDANT–PETITIONER.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005951–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 323

IN THE MATTER OF TAMIEKA DWYER, CITY OF
EAST ORANGE POLICE DEPARTMENT.
(TAMIEKA DWYER—PETITIONER)

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003282–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.